UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: Cosio | Case No.: 14-25804 |
|---|---|
| | **CHANGE OF ADDRESS** |

Change of Address For:  [✓] Debtor(s)   [ ] Creditor
                        [ ] Debtor
                        [ ] Co-Debtor

ATTORNEYS WHO WISH TO MAKE A CHANGE OF ADDRESS MUST USE OUR E-FILING WEBSITE.

**OLD ADDRESS**

NAME: Jesus Manuel Cosio and Angelica Mendez Cosio

MAILING ADDRESS: 978 Wallace Drive

CITY, STATE, ZIP: Woodland, California 95776

TELEPHONE NO.:

**NEW ADDRESS**

NAME: Jesus Manuel Cosio and Angelica Mendez Cosio

MAILING ADDRESS: 839 W. Lincoln Avenue, Unit 112

CITY, STATE, ZIP: Woodland, California 95695

TELEPHONE NO.:

Dated: February 17, 2015

Requestor's Name: Zack Broslavsky, attorney for Debtors

Requestor's Signature: *[signature]*

Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 6/13)