Zack Broslavsky (241736)
Jonanthan A. Weinman (256553)
BROSLAVSKY & WEINMAN, LLP
11755 Wilshire Boulevard, Suite 1250
Los Angeles, California 90025
(310) 575-2550 (telephone)
(310) 464-3550 (facsimile)
zbroslavsky@bwcounsel.com
jweinman@bwcounsel.com

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re JESUS MANUEL COSIO and ANGELICA MENDEZ COSIO,<br><br>Debtors, | No. 14-25804<br>DC No. JMC-1<br><br>Chapter 7<br><br>Judge Thomas C. Holman<br><br>**AMENDED CERTIFICATE OF SERVICE** |

Pursuant to 28 U.S.C. § 1746, I hereby certify that pursuant to Federal Rule of Bankruptcy Procedure 7005, a copy of the attached Motion to Reopen, the proposed order, the Change of Address, the Amended Schedules (together with the Summary of Amended Schedules and Amendment Cover Sheet), and this Amended Certificate of Service were this date served upon the parties listed on the attached service mailing list by causing a copy of foregoing documents to be placed in the United States first class mail, postage prepaid, and sent to their last known address, or in another manner consistent with Rule 5(b).

Dated: February 26, 2015         By:  s/Zack Broslavsky
                                      Zack Broslavsky (241736)
                                      Jonanthan A. Weinman (256553)
                                      BROSLAVSKY & WEINMAN, LLP
                                      11755 Wilshire Boulevard, Suite 1250
                                      Los Angeles, California 90025
                                      (310) 575-2550 (telephone)
                                      (310) 464-3550 (facsimile)
                                      zbroslavsky@bwcounsel.com
                                      jweinman@bwcounsel.com

                                      *Attorneys for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 14-25804<br>Eastern District of California<br>Sacramento<br>Thu Feb 12 15:18:15 PST 2015 | Bank of America<br>Bankruptcy Department<br>P O Box 2278<br>Norfolk VA 23501-2278 | Chase<br>4915 Independence Parkway<br>Tampa FL 33634-7518 |
| Angelica Mendez Cosio<br>978 Wallace Drive<br>Woodland, CA 95776-5104 | Jesus Manuel Cosio<br>978 Wallace Drive<br>Woodland, CA 95776-5104 | Dept Of Education NELN<br>121 S 13TH<br>Lincoln NE 68508-1904 |
| Julius M. Engel<br>1860 Howe Ave #330<br>Sacramento, CA 95825-1098 | Alan S. Fukushima<br>5050 Laguna Blvd #112-580<br>Elk Grove, CA 95758-4151 | GECRB Care Credit<br>950 Forrer Blvd<br>Kettering OH 45420-1469 |
| GECRB JCP<br>P O Box 984100<br>El Paso TX 79998 | Mercy Housing<br>3120 Freeboard Drive Suite 202<br>West Sacramento CA 95691-5039 | Nationwide Insurance<br>c o Credit Collection Services<br>Two Wells Avenue<br>Newton Center MA 02459-3225 |
| Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 | Sarah Morrissey<br>P O Box 122<br>Arbuckle CA 95912-0122 | THD CBNA<br>15851 Clayton Road MS-301<br>Ballwin MO 63011-2211 |
| (p)YOLO FEDERAL CREDIT UNION<br>P O BOX 657<br>WOODLAND CA 95776-0657 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Yolo Federal Credit Union
266 W Main St
Woodland CA 95695

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15