1  Zack Broslavsky (241736)
   Jonanthan A. Weinman (256553)
2  BROSLAVSKY & WEINMAN, LLP
   11755 Wilshire Boulevard, Suite 1250
3  Los Angeles, California 90025
   (310) 575-2550 (telephone)
4  (310) 464-3550 (facsimile)
   zbroslavsky@bwcounsel.com
5  jweinman@bwcounsel.com

6  *Attorneys for Debtors*

7       IN THE UNITED STATES BANKRUPTCY COURT FOR THE

8       EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re JESUS MANUEL COSIO and ANGELICA MENDEZ COSIO,<br><br>Debtors, | No. 14-25804<br>DC No. JMC-1<br><br>Chapter 7<br>Judge ~~Thomas C. Holman~~ Christopher D. Jaime<br><br>~~PROPOSED~~ ORDER GRANTING MOTION TO REOPEN BANKRUPTCY |

15      Upon consideration of the Debtors' Motion to Reopen Case and the Court

16  finding that there is cause to reopen this case under 11 U.S.C. § 350(b) and Federal

17  Rule of Bankruptcy Procedure 5010, it is:

18      ORDERED that the above entitled and numbered bankruptcy case be, and the

19  same is hereby, reopened, pursuant to 11 U.S.C. §350(b) and Federal Rule of

20  Bankruptcy Procedure 5010, and it is further:

21      ORDERED that a trustee be appointed in this case.

22      ORDERED that reopening subject to payment of fee.

**Dated:** March 11, 2015

*/s/ Christopher D. Jaime*
Christopher D. Jaime, Judge
United States Bankruptcy Court

Order Reopening Bankruptcy Case            No. 14-25804

RECEIVED
February 19, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005450398