1
ANTONIA G. DARLING- 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100 Fax (916)930-2099

Attorneys for the United States
Trustee Region 17, Tracy Hope Davis

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE:                                                CASE NO:  2014-25804-B-7
**JESUS MANUEL COSIO and**
**ANGELICA MENDEZ,COSIO**
                     Debtor(s).
_____/

### APPOINTMENT OF TRUSTEE WHERE CASE HAS BEEN REOPENED

       **ALAN FUKUSHIMA** is hereby appointed trustee for the above referenced debtor.

**ALAN FUKUSHIMA** has filed a blanket bond.

       If **ALAN FUKUSHIMA,** having been selected  as interim trustee in the above-

mentioned case, does not notify the Office of the United States Trustee and Court in writing of

rejection of the office within seven days (7) after receipt of notice of selection, the interim trustee

shall be deemed to have accepted the office.

DATED: March 12, 2015                    TRACY HOPE DAVIS
                                                         UNITED STATES TRUSTEE

                                                         By: /s/_____
                                                         Antonia G. Darling
                                                         Office of the United States Trustee
                                                         501 I Street, Suite 7-500
                                                         Sacramento,  CA  95814
                                                         (916) 930-2090
                                                         Antonia.Darling@usdoj.gov