ANTONIA G. DARLING- 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100 Fax (916)930-2099

Attorneys for the United States
Trustee Region 17, Tracy Hope Davis

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:  CASE NO: 2014-25804-B-7
**JESUS MANUEL COSIO and**
**ANGELICA MENDEZ,COSIO**
          Debtor(s).
_____/

**PROOF OF SERVICE**

I am employed in the County of Sacramento; my business address is 501 "I" Street, Suite 7-500, Sacramento California. I am over the age of eighteen years and not a party to the foregoing action. On March 12, 2015, I served the within:

**APPOINTMENT OF TRUSTEE IN REOPENED CASE**

By placing a true copy thereof enclosed in a sealed envelope and depositing said envelope into an inter-office delivery receptacle (the contents of which are metered/stamped for postage and deposited in a U.S. mailbox before the time designated for pick-up of mail in that mailbox or delivered to a postal office which can accept mail before the end of the day) addressed as follows:

| Jesus & Angelica Cosio<br>839 W. Lincoln Ave #112<br>Woodland, Ca 95695 | Julie M. Engel<br>1860 Howe Ave #339<br>Sacramento, CA 95825 | Alan Fukushima<br>5050 Laguna Blvd. #112-580<br>Elk Grove, CA 95758 |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 12, 2015,** at Sacramento, California.

  /s/ Irma. H. Garcia
**IRMA H. GARCIA**
Efiller: Antonia G. Darling
Email: Antonia.Darling@usdoj.gov

1