Zack Broslavsky (241736)
Jonanthan A. Weinman (256553)
BROSLAVSKY & WEINMAN, LLP
11755 Wilshire Boulevard, Suite 1250
Los Angeles, California 90025
(310) 575-2550 (telephone)
(310) 464-3550 (facsimile)
zbroslavsky@bwcounsel.com
jweinman@bwcounsel.com

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re JESUS MANUEL COSIO and ANGELICA MENDEZ COSIO,<br><br>Debtors, | No. 14-25804<br>DC No. JMC-2<br><br>Chapter 7<br><br>Judge Christopher J. Jaime<br><br>**NOTICE OF MOTION TO CLOSE BANKRUPTCY**<br><br>Hearing Date:    April 14, 2015<br>Time:               9:30 a.m.<br>Courtroom:        32<br>United States Bankruptcy Court<br>Eastern District of California<br>501 I Street<br>Sixth Floor, Department B<br>Sacramento, California 90012 |

## NOTICE OF MOTION TO MOTION TO CLOSE BANKRUPTCY

NOTICE IS HEREBY GIVEN that Jesus Manuel Cosio and Angelica

Mendez Cosio ("Debtors") will and hereby do move to re-close the bankruptcy in

the above referenced proceedings under  11 U.S.C. § 350(b) and Federal Rule of

Bankruptcy Procedure 5010 on April 14, 2015 at 9:30 a.m., or as soon thereafter as

counsel may be heard by the above-entitled Court, located at Courtroom 32, 501 I

Street, Sixth Floor, Department B, Sacramento, California 90012, before the

Honorable Christopher J. Jaime. Plaintiffs' requested relief is set forth below and in

the attached Motion.

On Debtors' Motion, the Court ordered their bankruptcy re-opened and re-

appointed a trustee to adminster any assets. (ECF Nos. 22, 23, 24.) This order provided an opportunity for the Debtors to amend their bankruptcy schedules to disclose an asset (i.e., newly-discovered legal claims), and for the trustee to administer that asset if he so chose. Based on communications from the trustee (including a March 12, 2015 telephone conversation with co-counsel), Debtors understand that the trustee will not seek to further administer any property in the estate (including the claims listed in Debtors' amended bankruptcy schedules). Debtors understand that the trustee does not intend to adminster the asset disclosed in their amended bankruptcy schedules. Hence, Debtors intend to re-close the bankruptcy so that the trustee abandons the claim under operation of law and it will default back to them.

Debtors have provided less than twenty-eight (28) days prior to the hearing date on the Motion. No written opposition is required in advance of this hearing:

> When fewer than twenty-eight (28) days' notice of a hearing is given, no party-in-interest shall be required to file written opposition to the motion. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

LBR 9014-1(f)(2)(C).

WHEREFORE, Debtors respectfully request the Court re-close the Debtors' bankruptcy case, and grant such other and further relief as is appropriate and just.

Dated: March 27, 2015          By: _s/Zack Broslavsky_
                                   Zack Broslavsky (241736)
                                   Jonanthan A. Weinman (256553)
                                   BROSLAVSKY & WEINMAN, LLP
                                   11755 Wilshire Boulevard, Suite 1250
                                   Los Angeles, California 90025
                                   (310) 575-2550 (telephone)
                                   (310) 464-3550 (facsimile)
                                   zbroslavsky@bwcounsel.com
                                   jweinman@bwcounsel.com

                                   *Attorneys for Debtors*