Zack Broslavsky (241736)
Jonanthan A. Weinman (256553)
BROSLAVSKY & WEINMAN, LLP
11755 Wilshire Boulevard, Suite 1250
Los Angeles, California 90025
(310) 575-2550 (telephone)
(310) 464-3550 (facsimile)
zbroslavsky@bwcounsel.com
jweinman@bwcounsel.com

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re JESUS MANUEL COSIO and ANGELICA MENDEZ COSIO,<br><br>Debtors, | No. 14-25804<br>DC No. JMC-1<br><br>Chapter 7<br><br>Judge Christopher J. Jaime<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to 28 U.S.C. § 1746, I hereby certify that pursuant to Federal Rule of Bankruptcy Procedure 7005, a copy of the attached Notice of Motion and Motion to Reclose, and the proposed order, and this Certificate of Service were this date served upon the parties listed on the attached service mailing list by causing a copy of foregoing documents to be placed in the United States first class mail, postage prepaid, and sent to their last known address, or in another manner consistent with Rule 5(b).

Dated: March 27, 2015        By:  s/Zack Broslavsky
                                Zack Broslavsky (241736)
                                Jonanthan A. Weinman (256553)
                                BROSLAVSKY & WEINMAN, LLP
                                11755 Wilshire Boulevard, Suite 1250
                                Los Angeles, California 90025
                                (310) 575-2550 (telephone)
                                (310) 464-3550 (facsimile)
                                zbroslavsky@bwcounsel.com
                                jweinman@bwcounsel.com

                                *Attorneys for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 14-25804<br>Eastern District of California<br>Sacramento<br>Fri Mar 27 12:12:31 PDT 2015 | Bank of America<br>Bankruptcy Department<br>P O Box 2278<br>Norfolk VA 23501-2278 | Chase<br>4915 Independence Parkway<br>Tampa FL 33634-7518 |
| Dept Of Education NELN<br>121 S 13TH<br>Lincoln NE 68508-1904 | Alan S. Fukushima<br>5050 Laguna Blvd #112-580<br>Elk Grove, CA 95758-4151 | GECRB Care Credit<br>950 Forrer Blvd<br>Kettering OH 45420-1469 |
| GECRB JCP<br>P O Box 984100<br>El Paso TX 79998 | Mercy Housing<br>3120 Freeboard Drive Suite 202<br>West Sacramento CA 95691-5039 | Nationwide Insurance<br>c o Credit Collection Services<br>Two Wells Avenue<br>Newton Center MA 02459-3225 |
| Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 | Sarah Morrissey<br>P O Box 122<br>Arbuckle CA 95912-0122 | THD CBNA<br>15851 Clayton Road MS-301<br>Ballwin MO 63011-2211 |
| (p)YOLO FEDERAL CREDIT UNION<br>P O BOX 657<br>WOODLAND CA 95776-0657 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Yolo Federal Credit Union<br>266 W Main St<br>Woodland CA 95695 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |