# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| **Case Title :** | Jesus Manuel Cosio and Angelica Mendez Cosio | **Case No :** | 14–25804 – B – 7 |
| --- | --- | --- | --- |
| | | **Date :** | 04/14/2015 |
| | | **Time :** | 09:30 |

| **Matter :** | [26] – Motion/Application to Close Bankruptcy [JMC–2] Filed by Joint Debtor Angelica Mendez Cosio, Debtor Jesus Manuel Cosio (rpaf) |
| --- | --- |

| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
| --- | --- | --- | --- |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney – Ethan Preson
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

**Dated:** April 14, 2015

Christopher D. Jaime, Judge
United States Bankruptcy Court