FORM EDC 6–640 Order Closing Case Where Case Has Been Reopened  (v.8.14)                    14–25804 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

Case Number:    14–25804 – B – 7

**Debtor Name(s) and Address(es):**

Jesus Manuel Cosio
839 W Lincoln Ave #112
Woodland, CA 95695

Angelica Mendez Cosio
839 W Lincoln Ave #112
Woodland, CA 95695

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:  4/15/15

Wayne Blackwelder
Clerk of Court