| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Zack Broslavsky (241736)<br>Jonanthan A. Weinman (256553)<br>BROSLAVSKY & WEINMAN, LLP<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, California 90025<br>(310) 575-2550 (telephone)<br>(310) 464-3550 (facsimile)<br>zbroslavsky@bwcounsel.com<br>jweinman@bwcounsel.com |
| 6 | *Attorneys for Debtors* |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In re JESUS MANUEL COSIO and<br>ANGELICA MENDEZ COSIO,<br><br>Debtors, | No. 14-25804<br>DC No. JMC-2<br><br>Chapter 7<br><br>Judge Christopher J. Jaime<br>AMENDED<br>**ORDER GRANTING MOTION TO RE-CLOSE BANKRUPTCY**<br><br>Hearing Date:  April 14, 2015<br>Time:           9:30 a.m.<br>Courtroom:    32<br>United States Bankruptcy Court<br>Eastern District of California<br>501 I Street<br>Sixth Floor, Department B<br>Sacramento, California 90012 |

Upon consideration of the Debtors' Motion to Close and the Court finding that there is cause to re-close this bankruptcy case under 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, it is:

ORDERED that the above entitled and numbered bankruptcy case be, and the same is hereby, closed, pursuant to 11 U.S.C. §350(b) and Federal Rule of Bankruptcy Procedure 5010. Under operation of 11 U.S.C. § 554(c), all property listed on the Debtors' amended bankruptcy schedules (including the new claims listed on the amended schedules) that was not administered by the appointed trustee at the time of the closing of a case is deemed abandoned to Debtors.

---

Order Reclosing Bankruptcy Case                                                                                          No. 14-25804

RECEIVED
March 27, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005482301

**Dated:** April 15, 2015

Christopher D. Jaime, Judge
United States Bankruptcy Court

Motion to Close Bankruptcy                                                                 No. 14-25804